UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ZACHARY SPENCER                                   CIVIL ACTION

versus                                            NO. 10-721

N. BURL CAIN, WARDEN                              SECTION: "N" (1)

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the Notification and Objection to State's Response filed on August 12, 2010 (Doc. No. 15) and the Objections to the Magistrate Judge's Report and Recommendation filed on August 27, 2010 (Doc. No. 16), hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Zachary Spencer** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this ____ day of _____, 2010.

UNITED STATES DISTRICT JUDGE